UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5514**

Case Title: **Kean** vs. **Brinker Int'l, Inc.**

List all clients you represent in this appeal:

> **Jeff L. Kean (Plaintiff-Appellant)**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Colin Reeves**   Signature: s/ **Colin Reeves**

Firm Name: **Apollo Law LLC**

Business Address: **1000 Dean Street, Suite 101**

City/State/Zip: **Brooklyn, NY 11238**

Telephone Number (Area Code): **(646) 363-6763**

Email Address: **colin@apollo-law.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17